Van R. Freeman, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** July 25, 2024

**FROM:** Timothy L. Gupton  
Senior U.S. Probation Officer

**SUBJECT:** WILLIS, Antwaun Demond  
Case No.: 5:19-CR-260-1BO  
**Request for Early Termination**

**TO:** Terrence W. Boyle  
United States District Judge

On December 17, 2019, Antwaun Demond Willis was convicted of Distribution of a Quantity of Cocaine Base (Crack). Mr. Willis appeared in United States District Court for the Eastern District of North Carolina and received 51 months imprisonment, followed by 3 years of supervised release. On March 1, 2022, pursuant to 18 U.S.C. § 3582(c), his term of imprisonment was modified to Time Served. He began supervision on March 3, 2022.

Mr. Willis has performed satisfactorily on supervision. He has submitted to DNA testing, and he has had no new criminal charges. His case was evaluated as a low-risk supervision case, and he has been on our low-risk supervision program since June 8, 2023. All drug screens have been negative. Mr. Willis is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on March 2, 2025.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  
Terrence W. Boyle  
United States District Judge

Date: 7-25-24

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                         Crim. No. 5:19-CR-260-1BO

**ANTWAUN DEMOND WILLIS**

On March 3, 2022, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: July 25, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _25_ day of _July_, 2024.

Terrence W. Boyle  
United States District Judge